UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                     :

EUGENE DUNCAN, and on behalf of all other persons similarly situated,

                      Plaintiff,                        19-cv-8126 (LJL)

           -v-                                           ORDER

GREENPORTER LAND, LLC,

                    Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On August 30, 2019, Plaintiff filed his complaint with the Court. Dkt. No. 1. Defendant was served with the complaint on September 26, 2019, and proof of service was filed with the Court on October 7, 2019. Dkt. No. 5. To date, Defendant has neither answered the complaint, nor otherwise appeared in this action. It is hereby:

      ORDERED that Plaintiff consult the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman, and, pursuant to that document, file a Motion for Default Judgment. As specified in Attachment A to the Individual Practices, Plaintiff should not proceed by order to show cause. The Motion should specify whether Plaintiff seeks default judgment only on behalf of himself or also on behalf of any other persons similarly situated.

      Plaintiff shall file the motion by March 6, 2020. Counsel for Plaintiff is ordered to notify Defendant of this Notice.

      SO ORDERED.

Dated: February 19, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020