```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EUGENE DUNCAN, individually and on behalf of all
other persons similarly situated

                               Plaintiff,                               19-cv-8126 (LJL)

        -v-                                                      ORDER

GREENPORTER LAND LLC,

                            Defendant.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 6, 2020, Plaintiff indicated that it had identified a necessary party to this action and intended to amend the complaint. *See* Dkt. No. 9. The Court stayed the deadlines in this action until May 25, 2020. *See* Dkt. No. 10.

      It is hereby ORDERED that Plaintiff shall file an amended complaint or move for a default judgment by June 16, 2020, on pain that failure to do so may result in the action being dismissed for failure to prosecute.

      SO ORDERED.

Dated: May 27, 2020
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge